JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 E. Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Tel:   (702) 383-6000
Fax:   (702) 477-0088
Attorney for Defendant,
*KEY INSURANCE COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAZMIN PORRAS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>KEY INSURANCE COMPANY, a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.:   2:22-cv-00728-APG-DJA |

**STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-referenced matter shall be dismissed, with prejudice, each party to bear their own fees and costs.

IT IS FURTHER STIPULATED AND AGREED, that the Judgment for Attorney Fees, Costs, and Interest entered on April 14, 2022, in the underlying litigation entitled *Jazmin Porras vs. Brianne Gonzales, et al.*, Eighth Judicial District Court Case No. A-20-815381-C, has been satisfied.  A separate Satisfaction of Judgment will be filed with the Eighth Judicial District Court.

/ / /

/ / /

/ / /

/ / /

Trial has not been set in this matter.

DATED this 28th day of June, 2022.                    DATED this 28th day of June, 2022.

PYATT SILVESTRI                                       THE POWELL LAW FIRM

/s/ James P. C. Silvestri                             /s/ Tom W. Stewart
JAMES P.C. SILVESTRI, ESQ.                            TOM W. STEWART, ESQ.
Nevada Bar No. 3603                                   Nevada Bar No. 14280
701 Bridger Avenue, Suite 600                         8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89101                               Las Vegas, NV 89148
Attorney for Defendant,                               Attorneys for Plaintiff
KEY INSURANCE COMPANY

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on, June 21, 2022, I received concurrence from Plaintiff's counsel, Tom W. Stewart Esq., to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 28, 2022.

/s/ James P.C. Silvestri
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603

## ORDER FOR DISMISSAL WITH PREJUDICE

IT IS SO ORDERED:

Dated: June 29, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE